1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVD L. GAPPA
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile:  (559) 497-4099

6
   Attorneys for Plaintiff United States of America

7
8                  IN THE UNITED STATES DISTRICT COURT
9                     EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,            CASE NO. 1:13-CR-00329-LJO

12                 Plaintiff,            **PRELIMINARY ORDER OF FORFEITURE**

13        v.

14  RICHARD LARRY JONES,
                   Defendant.
15

16

17
         Based upon the plea agreement entered into between plaintiff United States of
18
    America and defendant Richard Larry Jones, it is hereby ORDERED as follows:
19
         1. Under 18 U.S.C. § 2253, defendant Richard Larry Jones' interest in the following
20
    property shall be forfeited to the United States of America, to be disposed of according to
21
    law:
22
              a. One Hewlett Packard desktop computer containing an 80 gigabyte
23               internal hard disk drive:
              b. One Western Digital 2 terabyte external hard disk drive;
24            c. One Compact Disc entitled "Large J[ail] B[ait] collection;
              d. One Compact Disc entitled "JB+";
25            e. One Compact Disc entitled "Baits 1000+";
26            f. One Compact Disc entitled "Simply Pics"; and
              g. One San Disk 40 gigabyte Cruzer drive.
27

28  ///

   Preliminary Order of Forfeiture          1

2. The above-listed property constitutes property which contains visual depictions mailed, shipped, or transported in violation of 18 U.S.C. § 2252(a)(2) or was used or intended to be used in any manner or part to commit or to promote the commission of the aforementioned violation, all in violation of 18 U.S.C. § 2253.

3. Under Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The property shall be seized and held by the United States Marshals Service.

4. a. Under 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

   b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all

///
///
///
///
///

interests will be addressed.

IT IS SO ORDERED.

Dated: **October 10, 2013**       **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

Preliminary Order of Forfeiture     3